FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 7 - 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

J&J SPORTS PRODUCTIONS, INC.

                Plaintiff,

-against-

AFTER DARK SPORTS BAR AND LOUNGE INC.
d/b/a AFTER DARK SPORTS BAR AND LOUNGE
and JAMES A. COWARD,

                Defendants.

-----------------------------------------------------------------x

NOT FOR PUBLICATION
MEMORANDUM & ORDER
13-CV-5506 (CBA) (JMA)

AMON, Chief United States District Judge.

On October 4, 2013, Plaintiff J & J Sports Productions, Inc. ("plaintiff") filed this action against Defendants After Dark Sports Bar and Lounge and James A. Coward ("defendants") alleging violations of the Federal Communications Acts of 1934, as amended, 47 U.S.C. §§ 605 and 553. Defendants failed to appear or otherwise defend this action, and on December 17, 2013, plaintiff moved for a default judgment. This Court referred plaintiff's motion to Magistrate Judge Azrack, who issued a Report and Recommendation ("R&R") on April 17, 2014, awarding plaintiff $4,026.70.

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted). The Court has reviewed the record and, finding no clear error, hereby adopts

Magistrate Judge Azrack's R&R as the opinion of the Court.[1] Accordingly, this Court directs the Clerk of Court to enter final judgment against defendants and in favor of J & J Sports Productions, Inc. in the amount of $4,026.70, comprised of $1,208.90 in statutory damages, $2,417.80 in enhanced damages, and $400 in costs.

The Clerk of Court is directed to terminate all pending motions and to close the case.

SO ORDERED.

Dated: Brooklyn, New York
July 7, 2014

s/Carol Bagley Amon

Carol Bagley Amon
Chief United States District Judge

---

[1] This Court notes that the Voznyuk Aff. is "exhibit A" to plaintiff's memorandum of law in support of default judgment and can be found at docket entry 11.

2